■ In the Matter of the Claim of MARTIN W. BRAININ, Appellant. JOHN E. SWEENEY, as Commissioner of Labor, Respondent. [657 NYS2d 122] —Appeal from a decision of the Unemployment Insurance Appeal Board, filed October 11, 1995, which, *inter alia*, ruled that claimant's benefit rate should be reduced.

After leaving his position as a technical writer for a contracting company, claimant received a lump-sum retirement payment which he rolled over into an individual retirement account in lieu of receiving a monthly annuity. The retirement fund from which claimant was paid was fully financed by his employer. After claimant had applied for and received benefits, the Unemployment Insurance Appeal Board rendered a decision ruling that his benefit rate would be reduced to reflect his receipt of the employer-funded retirement payment. Claimant was also charged with a recoverable overpayment. We affirm. Labor Law § 600 (7) (b) provides that benefit rates must be reduced by the amount of any employer-funded pension benefits. This section applies whether such benefits are paid on a monthly basis or in the form of a lump sum (*see, Matter of Chriscaden [Sweeney]*, 232 AD2d 803; *Matter of Rolland [Eastman Kodak Co.—Sweeney]*, 232 AD2d 710). Accordingly, the Board's decision will not be disturbed.

Cardona, P. J., Mikoll, Peters, Spain and Carpinello, JJ., concur. Ordered that the decision is affirmed, without costs.